## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BYRON MARTIN**                                                    **PLAINTIFF**
**#160097**

v.                                    **No. 3:26-cv-48-DPM-JJV**

**SUSAN DUFFEL, Nurse, Poinsett County**
**Detention Center**                                               **DEFENDANT**

### ORDER

Unopposed partial recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Martin's official capacity claim against Nurse Duffel is dismissed without prejudice.  His personal capacity claim moves forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 April 2026