# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BYRON MARTIN**
**#160097**                                                    **PLAINTIFF**

**v.**                              **No. 3:26-cv-48-DPM**

**SUSAN DUFFEL, Nurse,**
**Poinsett County Detention Center**                     **DEFENDANT**

## ORDER

1.    The Court withdraws the reference.

2.    Martin hasn't updated his address or completed a new *in forma pauperis* application; and the time to do so has passed. *Doc. 11.* His amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2026