IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BYRON MARTIN
#160097                                                                PLAINTIFF

v.                              No. 3:26-cv-48-DPM

SUSAN DUFFEL, Nurse,
Poinsett County Detention Center                        DEFENDANT

## JUDGMENT

Martin's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2026