IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BYRON MARTIN**
**#160097** **PLAINTIFF**

**v.** **No. 3:26-cv-48-DPM**

**SUSAN DUFFEL, Nurse, Poinsett County**
**Detention Center** **DEFENDANT**

**ORDER**

Motion for an update, *Doc. 21*, granted. Martin's mail was returned undelivered, marked "Not at this Address." *Doc. 7, 12, 14, 15, 19, & 20*. The Court dismissed his case without prejudice because he hadn't updated his address. LOCAL RULE 5.5(c)(2). His filing raises some doubts. The Court will consider reopening the case and setting aside the Judgment. FED. R. CIV. P. 60(b). It needs more information. The Court also needs an open line of communication with Martin.

Martin must file a status report about where he's been confined and lived since filing his case, how he can be reached by mail, and provide any reasons why his case should be reopened. His status report is due by 21 October 2026.

The Court directs the Clerk to send this Order, *Doc. 11, 13, 16, 17 & 18*, and a copy of the docket sheet to these three addresses:

- Byron Martin #160097, Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas, 72432

- Poinsett County Detention Center, Byron Martin #160097, PO Box 9201, Seminole, Florida, 33775-9201

- Byron Martin, 504 Hanna Street, Marked Tree, Arkansas, 72365

So Ordered.

D.P. Marshall Jr.
United States District Judge

21 September 2026